```
        UNITED STATES
        DISTRICT COURT
      Western District of Oklahoma
         Oklahoma City Division

         # 101617 - LB
        December 8, 2003


   Code      Case #      Qty    Amount

   CIVIL   1-03-CV-1680         150.00 C
   H
     Judge   - JOE HEATON


   Total->                    150.00


   FROM: RAYMOND C. DURBIN
```